

LISA M. NORMAN
SHAREHOLDER

DIRECT DIAL: (713) 850-4245
LNORMAN@ANDREWSMYERS.COM

February 24, 2020

**VIA ECF**
Hon. Marvin Isgur
United States Bankruptcy Judge
515 Rusk, Courtroom 404
Houston, Texas 77002

    Re:    Adv. Case No. 19-03535; *Gerald H. Phipps, Inc. d/b/a GH Phipps Construction Co. v. Bruce W. McVeigh, et al.*

Judge Isgur:

Enclosed please find the proposed Remand Order for entry in the above-referenced adversary case.

Following the hearing on November 21, 2019, counsel for the parties have worked to reach an agreement on a proposed form of order. The attached order has been agreed to by all counsel except James G. Munisteri, counsel for Defendants Michael Chang, Andy Chen, Quang Henderson and Hitesh Patel. Despite numerous redlines exchanged between counsel, and multiple emails and phone calls attempting to reach Mr. Munisteri, we have still received no feedback from him regarding the proposed order. Counsel for all other Defendants have agreed to the form of this order. Accordingly, the signatories to the attached proposed Remand Order respectfully request that the Court enter this order. Thank you.

Very Truly Yours,

*Lisa M. Norman*
Lisa M. Norman

**Andrews Myers** • Attorneys at Law
1885 Saint James Place, 15th Floor • Houston, Texas 77056
T 713.850.4200 F 713.850.4211 • www.andrewsmyers.com

4955.1